**TANG & ASSOCIATES**
Kevin Tang, Esq. (SBN: 291051)
601 S. Figueroa St., Suite 4050
Los Angeles, California 90017
Tel: (213)300-4525; Fax: (213) 403-5545

Attorney for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>**Fred Asafu-Adjaye and**<br>**Esther Asafu-Adjaye**<br><br>**Debtors and Debtors-in-possession** | CASE NO: 8:18-bk-10013-MW<br>**Chapter 11**<br><br>**DEBTORS' SUPPLEMENTAL DECLARATION IN SUPPORT OF OPPOSITION TO WELLS FARGO BANK, N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br><u>HEARING</u><br>Date: March 26, 2018<br>Time: 9:00 am<br>Courtroom: 6C<br>Place: 411 W. Fourth St., Santa Ana, CA 92701 |

The above-captioned debtors-in-possession, Fred Asafu-Adjaye and Esther Asafu-Adjaye ("Debtors or Adjayes"), by and through his attorney of record herein, Kevin Tang, Esq. ("Debtors' Counsel"), hereby submits their Supplemental Declaration in Support of the Opposition to the Notice and Motion for Relief from the Automatic Stay filed by Wells Fargo Bank ("Motion for Relief") [Docket No. 28].

**OPPOSITION TO THE MOTION FROM RELIEF FROM THE AUTOMATIC STAY** 1

### **DECLARATION OF ESTHER ASAFU-ADJAYE**

I, Esther Asafu-Adjaye, do hereby declare that all of the following is true and correct to the best of my personal knowledge, I could and would competently testify to the truthfulness of all the above statements:

1. I am the debtor in the instant bankruptcy proceeding, Case Number 8:18-bk-10013-MW, filed on January 3, 2018.

2. On January 8, 2018, I filed a Motion for Order Determining the Value of Real Property at 28841 Yosemite Place, Canyon Lake, CA 92587 ("Motion to Value").

3. The Court granted the Motion to Value on January 31, 2018 on docket number 18, setting the value of $675,000.

4. We have tendered two payments in the proposed adequate protection amount of $3,727.37 to Wells Fargo Bank in a good faith effort to further negotiations with Wells Fargo Bank regarding adequate protection payments. Please find true and correct copies of the checks attached as **Exhibit 1**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed in Ontario, California on March 20, 2018.



Esther Asafu-Adjaye

# EXHIBIT 1

---

| 0065732 | 11-24 | | **CASHIER'S CHECK** | 6573203260 |
|---|---|---|---|---|
| Office AU # | 1210(8) | | | |

Remitter: FRED B ASAFU-ADJAYE
Operator I.D.: u617375    u474201

LOAN # 0484356506

March 14, 2018

PAY TO THE ORDER OF     ***WELLS FARGO HOME MORTGAGE ***

***Three thousand seven hundred twenty-seven dollars and 37 cents***     **$3,727.37**

Payee Address:
Memo:     FEB 2018 PAYMENT

WELLS FARGO BANK, N.A.
31600 GRAPE ST
LAKE ELSINORE, CA 92532
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 3,727.37

*(signature)*
CONTROLLER

⑈6573203260⑈ ⑆121000248⑆ 4861 511475⑈

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK

| 0065732 | 11-24 | | **CASHIER'S CHECK** | 6573203261 |
|---|---|---|---|---|
| Office AU # | 1210(8) | | | |

Remitter: FRED B ASAFU-ADJAYE
Operator I.D.: u617375    u474201

LOAN #: 0484356506

March 14, 2018

PAY TO THE ORDER OF     ***WELLS FARGO MORTGAGE ***

***Three thousand seven hundred twenty-seven dollars and 37 cents***     **$3,727.37**

Payee Address:
Memo:     MARCH 2018 PAYMENT

WELLS FARGO BANK, N.A.
31600 GRAPE ST
LAKE ELSINORE, CA 92532
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 3,727.37

*(signature)*
CONTROLLER

⑈6573203261⑈ ⑆121000248⑆ 4861 511475⑈

| In re:<br>**Fred Asafu-Adjaye**<br>**Esther Asafu-Adjaye**<br>Debtor(s). | CHAPTER: **11**<br>CASE NUMBER: **8:18-bk-10013** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**601 S. Figueroa St., Suite 4050**
**Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **Debtors' Supplemental Declaration in Support of Opposition to Motion for Relief from Stay** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/22/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov
Valerie Smith on behalf of Interested Party Courtesy NEF claims@recoverycorp.com
Kevin Tang on behalf of Debtor Fred Asafu-Adjaye tangkevin911@gmail.com, tangkr70730@notify.bestcase.com
Kevin Tang on behalf of Joint Debtor Esther Asafu-Adjaye tangkevin911@gmail.com, tangkr70730@notify.bestcase.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **3/22/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 22, 2018** | **Dao Tran** | **/s/ Dao Tran** |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Santa Ana Division                       FRANCHISE TAX BOARD
0973-8                                   411 West Fourth Street, Suite 2030,      BANKRUPTCY SECTION MS A340
Case 8:18-bk-10013-MW                    Santa Ana, CA 92701-4500                 PO BOX 2952
Central District of California                                                    SACRAMENTO CA 95812-2952
Santa Ana
Sat Jan 27 10:15:21 PST 2018

Franchise Tax Board                      Franchise Tax Board                      Internal Revenue Service
Bankruptcy Section MS A340               PO BOX 942867                            PO BOX 7346
Sacramento, CA 95812-2952                Sacramento, CA 94267-0001                Philadelphia, PA 19101-7346


US Department of Education               United States Trustee (SA)               Wells Fargo Bank, NA
P.O. Box 16448                           411 W Fourth St., Suite 7160             Attn: Bankruptcy Department
St. Paul, MN 55116-0448                  Santa Ana, CA 92701-4500                 MAC #7416-023
                                                                                  San Antonio, TX 78251


Esther Asafu-Adjaye                      Fred Asafu-Adjaye                        Kevin Tang
P O Box 541                              P O Box 541                              Tang & Associates
Orange, CA 92856-6541                    Orange, CA 92856-6541                    601 S, Figueroa Street., Suite 4050
                                                                                  Los Angeles, CA 90017-5879
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Courtesy NEF                          End of Label Matrix
                                         Mailable recipients    11
                                         Bypassed recipients     1
                                         Total                  12
```