Lionel E. Giron, Esq. (SBN: 200450)
Joanne P. Sanchez, Esq. (SBN: 320070)
Law Offices of Lionel E. Giron, APC
337 N. Vineyard Ave, Suite 100
Ontario, CA 91764
Tel. (909) 397-7260; Fax. (909) 694-1008

General Insolvency Counsel for
Debtors and Debtors-in-Possession

**FILED & ENTERED**

**JAN 13 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>FRED AND ESTHER ASAFU-ADJAYE,<br><br>Debtors and Debtors-in-possession | Case No. **8:18-bk-10013-MW**<br><br>Chapter 11<br><br>**ORDER CONFIRMING DEBTORS' FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**PLAN CONFIRMATION HEARING:**<br>**DATE: December 4, 2019**<br>**TIME: 2:00 p.m.**<br>**PLACE: 411 West Fourth Street,**<br>**Courtroom 6C, Santa Ana, CA 92701** |

It having been determined after hearing on notice that the requirements for confirmation set forth in the Bankruptcy Code, 11 U.S.C. § 1129(b), have been satisfied with respect to the first amended chapter 11 plan of reorganization filed by Fred and Esther Asafu-Adjaye on July 16, 2019 (the "Plan");

IT IS ORDERED that:

The Plan is confirmed.

### 

Date: January 13, 2020

Mark S. Wallace
United States Bankruptcy Judge

- ORDER CONFIRMING DEBTORS' FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION -

2